

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | No. 08-20-00023-CV |
| IN THE MATTER OF THE GUARDIANSHIP OF LUIS VENEGAS. | § | Appeal from the |
| | § | Probate Court No. 1 |
| | § | of El Paso County, Texas |
| | | (TC# 2019-CGD00154) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes the appeal should be dismissed as moot. We therefore dismiss the appeal as moot. It appearing to this Court that Appellant is indigent for purposes of appeal, this Court makes no other order with respect thereto. We further order this decision be certified below for observance.

IT IS SO ORDERED THIS 30TH DAY OF DECEMBER, 2020.

GINA M. PALAFOX, Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.